IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHONGYIM L. GUIDRY, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No. |
| vs. ) | |
| ) | |
| LVNV FUNDING, LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S NOTICE OF REMOVAL**

**TO:**

The United States District Court for the       Chuck M. Douglas
Northern District of Georgia                          Wakhisi Douglas, LLC
                                                                      2002 Summit Boulevard
                                                                      Suite 300
                                                                      Atlanta, Georgia 30319

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1446(a) and (b), the Defendant LVNV Funding, LLC, hereby removes this case to the United States District Court for the Northern District of Georgia, Atlanta Division based on the following grounds:

1.      This action is removable to the United States District Court under 28 U.S.C. §§ 1331 and 1441 on the grounds of federal question jurisdiction, in that the complaint purports to allege a cause of action under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq*.

2. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty days after Defendants' receipt of the initial pleadings setting forth the claim for relief upon which this action is based.

3. Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit "A" are copies of the following documents, which are all the process, pleadings and orders received by one or more Defendants in this action, to wit:  documents bates numbered 1 through 13.

4. Upon receipt of this Notice, no further action shall be taken in the State Court of Fulton County, State of Georgia.

5. By filing this Notice of Removal, the Defendant demonstrates its consent to the removal of the case to this Court.

Respectfully submitted this 9th day of September, 2013.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.
Georgia Bar No. 043473

2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097
Telephone: (678) 253-1871, ext. 203
Facsimile: (678) 253-1873
jaust@bedardlawgroup.com
jbedard@bedardlawgroup.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CHONGYIM L. GUIDRY, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No. |
| vs. ) | |
| ) | |
| LVNV FUNDING, LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing Defendant's Notice of Removal by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Chuck M. Douglas
Wakhisi Douglas, LLC
2002 Summit Boulevard
Suite 300
Atlanta, Georgia 30319

Respectfully submitted this 9th day of August, 2013.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.
Georgia Bar No. 043473